UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ANNA M MONEY, | ) | |
| | ) | CIVIL NO. C08-5199RBL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Opening Brief shall be filed on or before August 18, 2008, Defendant's Answering Brief shall be filed on or before September 15, 2008, and Plaintiff's Reply Brief shall be filed on or before September 29, 2008.

DATED this 19th day of August, 2008.

                                                  */s/ J. Kelley Arnold*
                                                  J. Kelley Arnold
                                                  United States Magistrate Judge

Presented by:

S/ELIE HALPERN
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME                    Halpern & Oliver, PLLC
                                                                              1800 Cooper Point Road SW, Bldg. 19
                                                                                                        Olympia, WA 98502
                                                                                                        (360) 753-8055