UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MONEY, | Civil No. C08-5199RBL-JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation between the parties, it is hereby ORDERED that the Defendant shall have an extension to and including October 14, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including November 4, 2008, to file Plaintiff's Reply Brief.

DATED this 16th day of September, 2008.

                                          */s/ J. Kelley Arnold*
                                          UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:    206-615-2531
thomas.elsberry@ssa.gov