# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MONEY,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant | Civil No. C08-5199RBL-JKA<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing and further administrative proceedings, including but not limited to the following: the administrative law judge (ALJ) will re-evaluate the medical source evidence; re-evaluate the severity of Plaintiff's mental impairments, giving consideration to the severe and non-severe medically determinable impairments, alone and in combination, with or without the effects of drug addiction and alcoholism; re-evaluate Plaintiff's credibility; re-evaluate Plaintiff's residual functional capacity; follow the sequential evaluation process at all stages of the case and obtain vocational expert testimony as necessary; and,  if

warranted, obtain supplemental vocational expert evidence. Plaintiff filed a subsequent concurrent claim on May 2, 2008, and was found disabled as of February 1, 2008. The ALJ will affirm the subsequent concurrent claim application of May 2, 2008, and will be directed to review the record as a whole and issue a new determination prior to February 1, 2008.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff is entitled to seek reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d) upon proper request to the Court. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 8th day of October, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:      206-615-2531
thomas.elsberry@ssa.gov