UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MONEY, | Civil No. 3:08-CV-5199-RBL |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant | |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on October 9, 2008.

DATED this 9th day of October, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:08-CV-5199-RBL]